IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WACOH COMPANY,

           Plaintiff,                      ORDER

    v.                                         08-cv-456-bbc

CHRYSLER LLC, FORD MOTOR COMPANY,
AMERICAN HONDA MOTOR CO., INC.,
MAZDA MOTOR OF AMERICA, INC.,
GENERAL MOTORS CORPORATION,
VOLKSWAGEN GROUP OF AMERICA, INC.,
BMW OF NORTH AMERICA, LLC, MERCEDES-
ENZ USA, LLC, AMERICAN SUZUKI MOTOR
CORPORATION and ANALOG DEVICES, INC.,

           Defendants.

---

On December 10, 2008 this court held a telephonic hearing on plaintiff's motion to compel discovery (dkt. 133). The only defendant who still opposed the motion was VW, which filed a response (dkt. 167). After hearing from both sides and for reasons stated on the record, I granted the motion to compel. Volkswagen may have until January 9, 2009 within which to provide the requested information. Plaintiff withdrew its request for cost-shifting under Rule 37. The parties had no other matters to bring to the court's attention on this matter.

Entered this 10th day of December, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge